6/13/11 3:55PM

B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Health Research Institute, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3251067** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4575 Weaver Parkway**<br>**Warrenville, IL**<br>ZIP Code **60555** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Health Research Institute, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Health Research Institute, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ JOHN H. REDFIELD**
Signature of Attorney for Debtor(s)

**JOHN H. REDFIELD 2298090**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**June 13, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Executive Director**
Signature of Authorized Individual

**Executive Director**
Printed Name of Authorized Individual

**Scott Filer**
Title of Authorized Individual

**June 13, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Health Research Institute, Inc.**                                           Case No.
                                    Debtor(s)                                          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **ABM Janitorial Services**<br>**75 Remittance Dr., Ste. 3011**<br>**Chicago, IL 60675** | **ABM Janitorial Services**<br>**75 Remittance Dr., Ste. 3011**<br>**Chicago, IL 60675** | | | **5,161.14** |
| **eBioscience**<br>**10255 Science Center Dr.**<br>**San Diego, CA 92121** | **eBioscience**<br>**10255 Science Center Dr.**<br>**San Diego, CA 92121** | | | **2,753.15** |
| **Emerson Ecologics Inc.**<br>**7 Commerce Dr.**<br>**Bedford, NH 03110-6835** | **Emerson Ecologics Inc.**<br>**7 Commerce Dr.**<br>**Bedford, NH 03110-6835** | | | **15,468.33** |
| **FedEx**<br>**PO Box 94515**<br>**Palatine, IL 60094** | **FedEx**<br>**PO Box 94515**<br>**Palatine, IL 60094** | | | **14,396.19** |
| **Ghaben, Joe**<br>**6381 S. Garfield Ave.**<br>**Willowbrook, IL 60527** | **Ghaben, Joe**<br>**6381 S. Garfield Ave.**<br>**Willowbrook, IL 60527** | | | **67,138.69** |
| **Harris Bank**<br>**503 N. Washington St.**<br>**Naperville, IL 60566** | **Harris Bank**<br>**503 N. Washington St.**<br>**Naperville, IL 60566** | | | **202,560.56**<br><br>**(0.00 secured)** |
| **Kirkman Laboratories, Inc.**<br>**6400 SW Rosewood St.**<br>**Lake Oswego, OR 97035** | **Kirkman Laboratories, Inc.**<br>**6400 SW Rosewood St.**<br>**Lake Oswego, OR 97035** | | | **5,181.52** |
| **LabCorp (IL Clinic)**<br>**Laboratory Corp.of America Holdings**<br>**PO Box 2240**<br>**Burlington, NC 27216-2140** | **LabCorp (IL Clinic)**<br>**Laboratory Corp.of America Holdings**<br>**PO Box 2240**<br>**Burlington, NC 27216-2140** | | | **78,861.95** |
| **Metabolic Management**<br>**127 W. Taylor**<br>**Grant Park**<br>**Grant Park, IL 60940** | **Metabolic Management**<br>**127 W. Taylor**<br>**Grant Park**<br>**Grant Park, IL 60940** | | | **24,967.49** |
| **MKG Investments, Inc.,%Wm.D. Cherny**<br>**Kuhn, Mitchell, Moss, et al.**<br>**111 E. Jefferson Ave.**<br>**Naperville, IL 60540** | **MKG Investments, Inc.,%Wm.D. Cherny**<br>**Kuhn, Mitchell, Moss, et al.**<br>**111 E. Jefferson Ave.**<br>**Naperville, IL 60540** | | | **66,900.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Health Research Institute, Inc.**                                                     Case No.
                                 Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Monarch Nutritional Labs<br>PO Box 12850<br>Ogden, UT 84412-2850 | Monarch Nutritional Labs<br>PO Box 12850<br>Ogden, UT 84412-2850 | | | 3,939.17 |
| Nechrebecki Properties LLC<br>1701 Newberry Ave. N<br>Stillwater, MN 55082 | Nechrebecki Properties LLC<br>1701 Newberry Ave. N<br>Stillwater, MN 55082 | | | 7,200.00 |
| Neopost Leasing<br>PO Box 45822<br>San Francisco, CA 94145-0822 | Neopost Leasing<br>PO Box 45822<br>San Francisco, CA 94145-0822 | | | 2,023.80 |
| Nordic Naturals<br>94 Hangar Way<br>Watsonville, CA 95076 | Nordic Naturals<br>94 Hangar Way<br>Watsonville, CA 95076 | | | 5,974.19 |
| Paul Asheim, Ltd.<br>1275 E. Butterfield Rd.<br>Wheaton, IL 60187 | Paul Asheim, Ltd.<br>1275 E. Butterfield Rd.<br>Wheaton, IL 60187 | | | 26,318.00 |
| pcca<br>PO Box 1439<br>Houston, TX 77251 | pcca<br>PO Box 1439<br>Houston, TX 77251 | | | 6,241.43 |
| ProThera<br>10439 Double R Blvd<br>Reno, NV 89521 | ProThera<br>10439 Double R Blvd<br>Reno, NV 89521 | | | 4,508.77 |
| R&D Systems, Inc.<br>Accounts Receivable<br>614 McKinley Place NE<br>Minneapolis, MN 55413-2647 | R&D Systems, Inc.<br>Accounts Receivable<br>614 McKinley Place NE<br>Minneapolis, MN 55413-2647 | | | 3,745.00 |
| Shefsky & Froelich<br>111 E. Wacker Dr., Ste. 2800<br>Chicago, IL 60601 | Shefsky & Froelich<br>111 E. Wacker Dr., Ste. 2800<br>Chicago, IL 60601 | | | 38,174.75 |
| Spectrum Chemicals<br>1422 S. San Pedro St.<br>Gardena, CA 90248 | Spectrum Chemicals<br>1422 S. San Pedro St.<br>Gardena, CA 90248 | | | 41,997.90 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Scott Filer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 13, 2011**                                    Signature   **/s/ Executive Director**
                                                                        **Executive Director**
                                                                        **Scott Filer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re **Health Research Institute, Inc.**    Case No.
Debtor(s)    Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **55**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **June 13, 2011**    **/s/ Executive Director**
**Executive Director**/**Scott Filer**
Signer/Title

ABM Janitorial Services
75 Remittance Dr., Ste. 3011
Chicago, IL 60675

Direct Healthcare Access Inc.
350 W. Kensington, Ste. 107
Mount Prospect, IL 60056

Houston Enzymes
PO Box 6331
Siloam Springs, AR 72761-6331

ADMin Partners, LLC
8 Kings Highway West
Haddonfield, NJ 08033

eBioscience
10255 Science Center Dr.
San Diego, CA 92121

Imagetec
PO Box 790448
Saint Louis, MO 63179

Alpo
26 Keewaydin Dr., Unit G
Salem, NH 03079

Emerson Ecologics Inc.
7 Commerce Dr.
Bedford, NH 03110-6835

Ink Well
297 Rice Lake Square
Wheaton, IL 60189

Apothecary Products, Inc.
11750 12th Ave. South
Burnsville, MN 55337

FedEx
PO Box 94515
Palatine, IL 60094

Kirkman Laboratories, Inc.
6400 SW Rosewood St.
Lake Oswego, OR 97035

Bio-Rad Laboratories
Life Science Group Dept.9750
Los Angeles, CA 90084-9750

FLAVORx Inc.
PO Box 890855
Charlotte, NC 28289-0855

Kokos Coffe, Inc.
790 Industrial Dr.
Bensenville, IL 60106

Bio-Tech
PO Box 1927
Fayetteville, AR 72702

Freeda Vitamins
47-25 34th St.
Long Island City, NY 11101

LabCorp (IL Clinic)
Laboratory Corp.of America Holdings
PO Box 2240
Burlington, NC 27216-2140

Bo-Berg Communications, Inc.
601-D Country Club Dr.
Bensenville, IL 60106

Ghaben, Joe
6381 S. Garfield Ave.
Willowbrook, IL 60527

McKesson Medical Surgical
PO Box 993027
Atlanta, GA 31193

Chicago Parent
Wednesday Journal, Inc.
141 S. Oak Park Ave.
Oak Park, IL 60302

Hafkey Business Solutions
672 E. Irving Park Rd., Ste. 125
Roselle, IL 60172

Metabolic Management
127 W. Taylor
Grant Park
Grant Park, IL 60940

Cooler Smart
77 McCullough Dr., Ste. 9
New Castle, DE 19720

Harris Bank
503 N. Washington St.
Naperville, IL 60566

Metagenics
c/o Comerica Bank
PO Box 51829
Los Angeles, CA 90051

Crowley & Lamb, PC
350 N. LaSalle St.
Suite 900
Chicago, IL 60654

Health Concepts, LLC
8085 Randolph St., Ste. 3
Hobart, IN 46342

MetLife IL
PO Box 804466
Kansas City, MO 64180-4466

| | | |
|---|---|---|
| MKG Investments, Inc.,%Wm.D. Cherry Kuhn, Mitchell, Moss, et al. 111 E. Jefferson Ave. Naperville, IL 60540 | Plethora 10439 Double R Blvd. Reno, NV 89521 | Wage Works PO Box 870725 Kansas City, MO 64187 |
| Monarch Nutritional Labs PO Box 12850 Ogden, UT 84412-2850 | R&D Systems, Inc. Accounts Receivable 614 McKinley Place NE Minneapolis, MN 55413-2647 | Walter H. Jelly, Ltd. 2822 Birch St. Franklin Park, IL 60131 |
| Naperville Area Chamber of Commerce 55 S. Main St., Ste. 351 Naperville, IL 60540-5381 | Reach Local 230 W. Monroe, Ste. 700 Chicago, IL 60606 | Wellness Health 3401 Independence Dr., Ste. 231 Birmingham, AL 35209 |
| Natural Medicines Comprehensive Database 3120 W. March Lane, POB 8190 Stockton, CA 95208 | Scott G. Richmond Ariano, Hardy, et al. 2000 McDonald Rd., Ste. 200 South Elgin, IL 60177 | Westside Mechanical Inc. 2007 Corporate Lane Naperville, IL 60563 |
| Nechrebecki Properties LLC 1701 Newberry Ave. N Stillwater, MN 55082 | Shefsky & Froelich 111 E. Wacker Dr., Ste. 2800 Chicago, IL 60601 | Wolters Kluwer Health, Inc. PO Box 1590 Hagerstown, MD 21741 |
| Neopost Leasing PO Box 45822 San Francisco, CA 94145-0822 | Spectrum Chemicals 1422 S. San Pedro St. Gardena, CA 90248 | |
| Nicor Gas PO Box 310 Aurora, IL 60507-0310 | Staples Dept. DET PO Box 83689 Chicago, IL 60696 | |
| Nordic Naturals 94 Hangar Way Watsonville, CA 95076 | Stericycle, Inc. PO Box 9001588 Louisville, KY 40290-1588 | |
| Paul Asheim, Ltd. 1275 E. Butterfield Rd. Wheaton, IL 60187 | Telegration, Inc. PO Box 3010 Birmingham, MI 48012 | |
| pcca PO Box 1439 Houston, TX 77251 | Uline Attn: Accts Receivable 2200 S. Lakeside Dr. Waukegan, IL 60085 | |

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Health Research Institute, Inc.**                                              Case No.
                                    Debtor(s)                                           Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Health Research Institute, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 13, 2011**                                    **/s/ JOHN H. REDFIELD**
Date                                                **JOHN H. REDFIELD**
                                                    Signature of Attorney or Litigant
                                                    Counsel for  **Health Research Institute, Inc.**
                                                    **Crane, Heyman, Simon, Welch & Clar**
                                                    **Suite 3705**
                                                    **135 South LaSalle Street**
                                                    **Chicago, IL 60603-4297**
                                                    **312-641-6777 Fax:312-641-7114**